# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

          Petitioner,

v.

Charles A. Schons and Teri L. Schons,

          Defendants.

Case No. 13-mc-0055 (ADM/JJG)

**ORDER ON REPORT
AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1.      The Report and Recommendation are **ADOPTED**;

2.      The United States of America's Petition for Judicial Approval of Levy Upon Personal Residence (ECF No. 1) is **GRANTED**; and

3.      Execution of the levy is stayed until November 1, 2014, or until the residence is sold, whichever occurs first.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 14, 2014                    s/Ann D. Montgomery
                                            _____
                                            ANN D. MONTGOMERY
                                            United States District Judge